ELECTRONICALLY FILED
3/21/2016 3:33 PM
2016-L-002927
CALENDAR: H
PAGE 1 of 3
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| VERONICA MEEKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | No: |
| PULVERMACHER ) | |
| CARTAGE OF WISCONSIN LLC, ) | |
| UNKNOWN DRIVER AND ) | |
| UNKNOWN OTHERS ) | |
| Defendant. ) | |

## COMPLAINT

Now comes the Plaintiff Veronica Meeker, by and through Law Offices of Jason Harris P.C., and complaining of the Defendants, Pulvermacher Cartage of Wisconsin LLC., Unknown Driver and Unknown Others states as follows:

1. On or about 4-1-2016 Plaintiff was operating her vehicle in the State of Illinois.

2. On or about 4-1-2016 Defendants were operating a Vehicle in the State of Illinois.

3. On or about 4-1-2016 Defendant Unknown Driver was at all times acting as agent on behalf of Principal – Defendant Pulvermacher Cartage of Wisconsin LLC.

4. There may be others who are liable to the Plaintiff, the identity of such is Unknown to the Plaintiff and such are herein designated as "Unknown Others" and complaints made against them are included herein as Defendants.

5. At the aforesaid time and place, Defendants owed Plaintiff and others lawfully on the roads a duty to operate vehicle safely and to exercise ordinary care so as to not negligently cause injury to those persons lawfully on the roadways, specifically but not limited to Plaintiff.



EXHIBIT A

6. At the aforesaid time and place, Defendants, while operating on the roadways in Illinois collided with the automobile being driven by Plaintiff.

7. In breach of a duty of care, Defendants were guilty of one or more of the following negligent acts and/or omissions:

    (a) Operated, maintained and controlled a motor vehicle without keeping a sufficient look-out for vehicles and persons on the roadway;

    (b) failed to operate vehicle in proper lane and proper speed;

    (c) failed to yield to the right of way to vehicles traveling in the opposing lane of the intersection before making a left hand turn;

    (d) failed to keep vehicle under control at all times;

    (e) failed to keep a proper look out;

    (f) Failed to yield the right of way.

    (g) was otherwise careless and negligent.

8. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendants, Plaintiff, sustained serious and permanent injuries; was required to seek extensive medical consultation and treatment; has expended, and will in the future expend, great sums of money to be healed and cured of his maladies; suffered, and will in the future continue to suffer, great pain, anguish and physical and mental suffering; and was deprived of earnings to which he might have otherwise been entitled.

9. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendants, Plaintiff, sustained damage to the vehicle; has expended, and will in the future expend, great sums of money to fix this vehicle.

ELECTRONICALLY FILED
3/21/2016 3:33 PM
2016-L-002927
PAGE 2 of 3

WHEREFORE, Plaintiff, VERONICA MEEKER, prays for judgment against Defendants, Pulvermacher Cartage of Wisconsin LLC., Unknown Driver and Unknown Others in such an amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

Respectfully Submitted
Law Offices of Jason Harris

_____/s/ Jason Harris_____
By: One of his Attorneys
    Attorney for Plaintiff

ELECTRONICALLY FILED
3/21/2016 3:33 PM
2016-L-002927
PAGE 3 of 3